DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUCKENS PETIT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0696

[July 30, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Duffy, Judge; L.T. Case No. 062007CF012912D88810.

Luckens Petit, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CIKLIN and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***